UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>JOSIAH D. SNELGROVE,<br><br>            Defendant. | 2:20-cr-00117-DB<br><br>ORDER TO DISMISS AND VACATE MOTIONS HEARING DATE AND JURY TRIAL<br><br>DATE: August 9, 2021<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Deborah Barnes |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice, Case Number 2:20-cr-00117-DB is GRANTED.

It is further ordered that the motions hearing scheduled on August 6, 2021 and the jury trial scheduled on August 9, 2021, are vacated.

IT IS SO ORDERED.
Dated: July 8, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE